# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Chester C. Graham,                                          Civil No. 18-729 (DWF/KMM)

        Plaintiff,

v.                                                         **ORDER FOR DISMISSAL
                                                            WITH PREJUDICE**

Royal Seas Cruises, Inc.; H2Holdings
Group, Inc.; Paul Heyden; and Melissa
Hanson,

        Defendants.


Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on May 11,

2018, (Doc. No. [7]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH**

**PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated:  May 14, 2018                    s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge